UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUSTIN LOVE,<br><br>               Plaintiff,<br><br>      vs.<br><br>INVESTMENT RETRIEVERS, INC., et. al.,<br><br>               Defendants. | Case No.:  2:10-cv-02711-JAM-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  2/10/2011

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com